UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEE MEMORIAL HEALTH SYSTEM,

Plaintiff,

v. Case No: 2:16-cv-648-FtM-99CM

BLUE CROSS AND BLUE SHIELD OF FLORIDA, INC.,

Defendant.

______________________________/

**ORDER**[1]

This matter comes before the Court on Defendant Blue Cross and Blue Shield of Florida Inc.'s Motion to Dismiss (Doc. #11) filed on September 8, 2016. With the Court's leave, Plaintiff filed an Amended Complaint on November 30, 2016. (Doc. #37; Doc. #38). Because an amended pleading supersedes the original, motions directed at superseded pleadings must be denied as moot. *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting, "[a]n amended complaint supersedes an original complaint" (citation omitted)). Consequently, the Court denies Defendant's Motion to Dismiss (Doc. #11) as moot.

Accordingly, it is now

**ORDERED:**

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendant Blue Cross and Blue Shield of Florida Inc.'s Motion to Dismiss (Doc. #11) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of December, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record